JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO RODRIGUEZ, an individual;<br><br>Plaintiff,<br><br>v.<br><br>SOHO HOUSE WEST HOLLYWOOD LLC, a New York limited liability company; and DOES 1-10, inclusive;<br><br>Defendants. | Case No.: 2:23-cv-09602-JLS-JC<br><br>**ORDER GRANTING THE PARTIES JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE (DOC. 8)** |

In consideration of the Parties' Stipulation for Dismissal with Prejudice (Doc. 8) pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)-(B), and for good cause shown, it is hereby ordered that the above captioned lawsuit is DISMISSED IN ITS ENTIRETY WITH PREJUDICE. Each party will bear its own fees and costs.

**IT IS SO ORDERED.**

DATED: January 16, 2024

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE